IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LORI ANNE VICKERMAN | ) |
| | ) TRIAL BY JURY DEMANDED |
| Plainitff, | )     FILED: JULY 21, 2008 |
| | )     08CV4131 |
| v. | ) No.  JUDGE DOW |
| | )     MAGISTRATE JUDGE BROWN |
| SKIN WELLNESS CENTER OF CHICAGO, S.C. | ) |
| and BROOKE JACKSON, M.D. | ) |
| Defendants. | )     PH |

**COMPLAINT**

**JURISDICTION AND VENUE**

1. This is a suit to recover minimum wages and liquidated damages. Federal question jurisdiction is posited upon Title 28 U.S.C. 1331 and Title 29 U.S.C. 216(b), commonly known as the "Fair Labor Standards Act" (hereinafter "FLSA"), as amended, and acts prohibited thereunder. To plaintiff's knowledge, other employees are aggrieved by the unlawful conduct alleged.

2. Defendants own and operate SKIN WELLNESS CENTER OF CHICAGO, S.C. located at or near 111 North Wabash Avenue, Chicago Illinois. Dr. JACKSON is a physician duly licensed by the State of Illinois and is president and principal of SKIN WELLNESS CENTER, S.C. The defendants are an "employer" of the plaintiff within the meaning of 29 U.S.C. 203(a) and (d) and the Minimum Wage Law, 820 ILCS 105/3. The court has supplemental jurisdiction over the claims under the Illinois Wage Payment and Collection Act claim, 820 ILCS 115/11(-c) and the Illinois Minimum Wage Law, 820 ILCS 105/1-15 (ILMWL), and the One Day Rest in Seven

Act, 820 ILCS 140/1 (2008), pursuant to the Judicial Improvements Act of 1990, 28 U.S.C. 1367(a)(1).

## STATEMENT OF CLAIM

3. Plaintiff, LORI ANNE VICKERMAN, was employed by defendants as an aesthetician and general office worker between approximately August 28, 2007 until on or about April 12, 2008, at various hourly wages, the last of which was $13.00, plus commissions. During the time employed, she worked more than 40 hours in most work weeks for which she was willfully not compensated wages at the rate of one and one-half times her regular rate of pay, in violation of 29 U.S.C. 207(a) and the ILMWL, 820 ILCS 105/4a.  Such time included working through her lunch periods when she was not completely relieved of all duties in violation of the FLSA and the Illinois One Day Rest in Seven Act, 820 ILCS 140/3 (2008) which provides for at least 20 minutes for a meal period within five hours after the start of work, and two paid rest periods during each eight hour period worked.

4. As a result thereof, there is now due plaintiff approximately $13,000.00 in back wages and commissions plus  liquidated damages and unpaid commissions promised but not paid.

## PRAYER FOR RELIEF

5. WHEREFORE plaintiff, LORI ANNE VICKERMAN, asks the court to enter judgment in her favor, and against the defendants, SKIN WELLNESS CENTER, S.C. and BROOKE JACKSON, M.D. in the sum of TWENTY-SIX THOUSAND DOLLARS ($26,000.00), or such greater or lesser sum as may be due, for all back wages due, liquidated damages, attorney's fees and costs of the action due, and all relief

-3-

provided by 29 U.S.C. 216(b); 820 ILCS 105/12; and the Illinois Wage Payment and Collection Act, 820 ILCS 115/11(c).

    s/ Ernest T. Rossiello
    ERNEST T. ROSSIELLO

Ernest T. Rossiello & Associates, P.C.
134 North LaSalle Street, Suite 1330
Chicago, Illinois 60602-1137
ETRLaw@aol.com
(312) 346-8920

    Attorney for Plaintiff

Dated:  July 16, 2008
        Chicago, Illinois