**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of LORI ANNE VICKERMAN                    Case Number:    08 C 4131

v. SKIN WELLNESS CENTER, S.C. and BROOKE JACKSON, M.D.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants SKIN WELLNESS CENTER, S.C. and BROOKE JACKSON, M.D.

| | |
|---|---|
| NAME (Type or print) <br> ALON STEIN | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/Alon Stein | |
| FIRM    KAMENSKY RUBINSTEIN HOCHMAN & DELOTT, LLP | |
| STREET ADDRESS 7250 N. Cicero #200 | |
| CITY/STATE/ZIP Lincolnwood, IL 60712 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6278515 | TELEPHONE NUMBER (847) 982-1776 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  N | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")  N | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")  N | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")  N | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. <br> RETAINED COUNSEL                                APPOINTED COUNSEL | |