IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LORI ANN VICKERMAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 08 C 4131 |
| | ) Hon. Judge Dow |
| SKIN WELLNESS CENTER OF CHICAGO, S.C. and BROOKE JACKSON, M.D., | ) ) ) |
| Defendants. | ) |

## NOTICE OF MOTION

To: Ernest T. Rossiello & Associates, P.C.
134 North LaSalle Street
Suite 1330
Chicago, Illinois 60602-2001

**PLEASE TAKE NOTICE** that on Tuesday, August 26, 2008 at 9:15 a.m., we shall appear before the Honorable Robert M. Dow, Jr., 219 S. Dearborn, Room 1919, Chicago, Illinois 60604 and then and there present Defendant's *Unopposed Motion For Extension of Time*, a copy of which is being served upon you.

Dated: August 13, 2008

Respectfully submitted,

**SKIN WELLNESS CENTER OF
CHICAGO, BROOKE JACKSON, M.D.**

/s/ Alon Stein
One of Their Attorneys

Michael B. Brohman, Esq. (3124085)
Alon Stein, Esq. (6278515)
KAMENSKY RUBINSTEIN HOCHMAN
  & DELOTT, LLP
7250 N. Cicero Ave., Suite 200
Lincolnwood, Illinois 60712-1693
(847) 982-1776

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LORI ANN VICKERMAN </br> Plaintiff, </br> v. </br> SKIN WELLNESS CENTER OF CHICAGO </br> S.C. AND BROOKE JACKSON, M.D. </br> Defendants. | Case No. 08 C 4131 </br> Hon. Judge Dow |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendants, Skin Wellness of Chicago, S.C. and Brooke Jackson, M.D. (collectively, "Defendants,"), by and through their attorneys, Michael B. Brohman, and Alon Stein of the law firm of Kamensky Rubinstein Hochman & Delott, LLP, for their unopposed motion for extension of time state the following.

1. On July 24, 2008, Plaintiff filed her amended complaint with this court.

2. On July 25, 2008, Plaintiff served Defendants. The docket report for this case indicates that an Answer is due on August 14, 2008.

3. On August 12, 2008, Alon Stein, one of the attorneys for Defendants contacted the law offices of Ernest T. Rossiello & Associates, P.C. and requested an extension of 28 days from August 14, 2008, to September 12, 2008, to file their Answer to the Complaint, or otherwise plead. That request was granted. Hence, this motion is unopposed.

WHEREFORE, Defendants request that this Court enter an order granting this motion and extending the time for Defendants to Answer or otherwise plead until September 12, 2008 and for such other and further relief as this Court deems just and appropriate.

Dated: August 13, 2008
Michael B. Brohman (3124085)
Alon Stein (6278515)
KAMENSKY RUBINSTEIN
HOCHMAN & DELOTT, LLP
7250 N. Cicero Avenue, Ste. 200
Lincolnwood, Illinois 60712
(847) 982-1776

Respectfully submitted,

SKIN WELLNESS CENTER OF
CHICAGO, BROOKE JACKSON, M. D.
s/s Alon Stein
One of their attorneys

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LORI ANN VICKERMAN | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 08 C 4131 |
| SKIN WELLNESS CENTER OF CHICAGO | ) | Hon. Judge Dow |
| S.C. AND BROOKE JACKSON, M.D. | ) | |
| Defendants. | | |

## ORDER

On Defendants Unopposed Motion For Extension of Time, due notice having been given and the Court fully advised in the premises,

**IT IS HEREBY ORDERED THAT:**

(a)  Defendants' motion is granted; and

(b)  Defendants' time to file an Answer to the Complaint or otherwise plead is extended to September 12, 2008.

_____
Judge Robert M. Dow, Jr.
United States District Court

Prepared by :
Alon Stein (6278515)
KAMENSKY RUBINSTEIN
HOCHMAN & DELOTT, LLP
7250 N. Cicero Ave., Suite 200
Lincolnwood, Illinois  60712-1693
Telephone:  (847) 982-1776