IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LORI ANN VICKERMAN, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 08 C 4131 |
| | ) Hon. Judge Dow |
| SKIN WELLNESS CENTER OF CHICAGO, S.C. and BROOKE JACKSON, M.D., | ) |
| Defendants. | ) |

## NOTICE OF MOTION

To: Ernest T. Rossiello & Associates, P.C.
134 North LaSalle Street
Suite 1330
Chicago, Illinois 60602-2001

**PLEASE TAKE NOTICE** that on Tuesday, August 26, 2008 at 9:15 a.m., we shall appear before the Honorable Robert M. Dow, Jr., 219 S. Dearborn, Room 1919, Chicago, Illinois 60604 and then and there present Defendant's *Unopposed Motion For Extension of Time*, a copy of which is being served upon you.

Dated: August 13, 2008

Respectfully submitted,

SKIN WELLNESS CENTER OF
CHICAGO, BROOKE JACKSON, M.D.

/s/ Alon Stein
One of Their Attorneys

Michael B. Brohman, Esq. (3124085)
Alon Stein, Esq. (6278515)
KAMENSKY RUBINSTEIN HOCHMAN
  & DELOTT, LLP
7250 N. Cicero Ave., Suite 200
Lincolnwood, Illinois 60712-1693
(847) 982-1776